**Stephen YAGMAN, Plaintiff— Appellant,**

v.

**Tracy JOHNS; Arthur Beeler; Harley Lappin; Kim White; Kerry Mottern; Mitchell Sprinkle; Derick Phillips, Defendants—Appellees,**

**and**

**Ten Unknown Named Federal Bureau of Prison Officers and/or Employees, Defendant.**

**No. 10–6633.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 5, 2010.

Stephen Yagman, Appellant pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Yagman appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Yagman v. Johns,* No. 5:08–ct–03089–FL (E.D.N.C. Mar. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*